CLERK'S Letter from t/Central Dist. of CA transferring case & transmitting t/following:

 8/4/99 1     COMPLAINT for Wrongful Death & Survival Actn & Demand for Jry Trial (Summons Ces) issued) (et) [Entry date 01/26/00]    [2: 99cv135081

 9/1/99 2 RETURN OF SUMMONS and proof of service executed upon defendant USA on 8/27/99 (et) [Entry date 01/28/001    [2: 99cv13508]

 10/29/99 6 ANSWER filed by defendant USA to complaint [1-1] (et)    [Entry date 01/28/00] [2:99cv13508]

 11/12/99 7 THIRD-PARTY COMPLAINT: by defendant USA; adding~ Korean Air Lines; Summons not issued (et) [Entry date 01/28/00]    [2: 99cv135081

 12/29/99 10 Conditional Transfer Order pur to rule 12 of the rules of procedure of the judicial panel on MDL 147 FRD 589,596 that actions listed under 28U5C1407 are transferred to the Central District of California consolidating cases  2:98-ml-1237 with member cases 2:99Ã¹cv--13508 (pc) [Entry date 01/04/00] [Edit date 01/21/00] [2:99cv13508]

 12/29/99  CASE REFERRED to Discovery Rosalyn M. Chapman (pc)    [Entry date 01/05/00] [2:99cv13508]

 1/3/00 11 ANSWER filed by defendant Serco Management Svc to complaint [l-~]; jury demand (pbap) [Entry date 02/01/00]    [2: 99cv13508j

 1/21/00  NOTICE of appl for P1W sent to atty, Wilfred R Mann (jag)  [Entry date 01/21/00] [2:99cv13508]

 2/7/00 12 WAIVER OF SERVICE of SUMMONS by third-party defendant Korean Air Lines sent by pl.f on 1/12/00 and rcvd by Atty Geneva A. Collins, Esq on 2/2/00 (pbap)   [Entry date 02/09/00] [2:99cv13508]

 3/8/00 13 SUPPL ORDER OF CONSOLIDATION by Judge Harry L. Hupp (relates to MDL 1237) ** doc for addtnl info (pbap)    [Entry date 03/09/00] [2:99cv13508]

 3/9/00 14 ANSWER TO THIRD PARTY COMPLAINT [7-1] by third-party  defendant Korean Air Lines (pbap) [Entry date 03/13/00]    [2: 99cv13508]

 3/9/00 14 COUNTERCLAIM by third-party defendant Korean Air Lines  against third-party plaintiff USA (pbap)  [Entry date 03/13/00] [2:99cv13508]

 3/9/00 14 CROSSCLAIM by third-party defendant Korean Air Lines against defendant Serco Management Svc ; (pbap)    [Entry date 03/13/00] [2:99cv13508]

 3/29/00 15     ANSWER TO CROSSCLAIM [14-1] by cross-defendant Serco Management Svc (relates to MDL 1237) (pbap) [Entry date 03/31/00] [2:99cv13508]

 3/29/00 15 COUNTERCLAIM by cross-defendant Serco Management Svc against counter-claimant Korean Air Lines; jury demand; summons issued (relates to MDL 1237) (pbap) [Entry date 03/31/00] [2:99cv13508]

 4/6/00 16 (Reply) ANSWER TO COUNTERCLAIM [15-1] by counter-defendant  Korean Air Lines (pbap) [Entry date 04/07/001    [2: 99cv13 508]

5/16/00 17 ANSWER (REPLY) TO COUNTERCLAIM [14-1] by counter-defendant USA (MDL 1237) (pbap) [Entry date 05/17/00] [2:99cv13508] 8/11/00 18 MOTION by plaintiffs GUAM to transfer ; motion hearing set for 10:00 8/28/00 (pbap) [Entry date 08/15/00] [2: 99cv13508]

8/11/00 LOpGED/PROPOSED ORDER submitted (FWD TO CRD) (pbap) [Entry date 08/15/00] [2:99cv13508]

8/14/00 19 OPPOSITION by defendant USA to motion to transfer t18-1] (pbap) [Entry date 08/15/00] [2:99cv135081

8/28/00 20 MINUTES: denying motion to transfer [18-1] by Jud~ Harry L. Hupp CR: Cynthia L. Mizell (pbap) [Entry date 09/05/00] [2:99cv13508]

3/23/01 21 MEMO OF CONTENTIONS OF FACT and LAW by defendant USA (Re MDL 1237) (shb) [Entry date 03/27/011 [2:99cv13508]

3/23/01 22 WITNESS list submitted by defendant USA (Re MDL 1237) (shb) [Entry date 03/27/01] [2:99cv135081

3/23/01 23 EXHIBIT list by defendant USA (Relates to MDL 1237) (shb) [Entry date 03/27/01] [2:99cv13508]

3/28/01 24 MINUTES: by Judge Harry L. Hupp ; pretrial conference on 1:30 4/18/01 In addition, certain individual problems are noted as follows: (see mins) CR: Cythia L. Mizell (yc) [Entry date 04/04/01] [2:99cv13508]

4/5/01 27 MINUTES: Cnsl for the following cases: 98-6334; 98-4500; 98-6345; 98-6344; 98-6343; Ã²98-6342; 98-6341; 98-6337; 98-6388; 98-6316; 98-6806; 98-5450; 98-6369; 98-22431 98-6389; 99-13513; 99-7226; 99-13527; 99-13508; 98-6387 are advised of the PTC set for 4/18/01 at 1:30 p.m. If you have any questions concerning this minute ord, please contact the crt clerk at (213) 894-5216 by Judge Harry L. Hupp CR: not present (pbap) [Entry date 04/19/01] [2: 99cv13508]

4/6/01 26 MINUTES: Correction to PTC minute order by Judge Harry L. Hupp CR: not present **see MO for addtnl info** (pbap) [Entry date 04/19/01] [2:99cv13508]

4/11/01 25 JOINT EXHIBIT list (re: Sung Chul Lee & Song Byung Won) (pbap) [Entry date 04/19/01] [2:99cv13508i1

4/11/01 28 NOTICE of presentment of plfÃ†s prop jury instructions on economic losses for self employed businessmen/entrepreneurs by defendant Serco Management Svc (pbap) [Entry date 04/19/01] [2:99cv13508]

4/11/01 29 MEMO OF CONTENTIONS OF FACT and LAW by defendant Serco Management Svc (pbap) [Entry date 04/19/011 [2:99cv13508]

4/1)701 30 WITNESS list submitted by defendant Serco Management Svc (pbap) [Entry date 04/19/01] [2:99cv1350811

4/18/01 31 MINUTES: PTC ORDER. All OSC are vacated by Judge Harry L. Hupp CR: Cynthia L. Mizell **see MO for detailed info** (pbap) [Entry date 04/24/01] (2:99cv1350811

4/18/01 33 STIPULATION PTC ORDER by Judge Harry L. Hupp. (re: MDL 1237) **see doc for detailed info** (pbap) [Entry date 05/03/01] [2:99cv13508]

4/23/01 32 MINUTES: The cases &bove (listed herein) are transferred to the United states District Court, the Dist of: Guam for trial on the issue~ of damages. After various serverances and consolidations, there are five cases

for trial, orgainzed by decedent, as follows: (1) . Decedent Kim Bong Su, CV 98-4500; (2) . Decedent Chung Ki Chul, CV 98-5450; (3) . Decedent Lee Kyung Han, CV 98-6369; CV 99-13513; (4). Lee Sung Chul and Song Byung Won (husband and wife), CV 99-13508, CV 99-13527; CV 98-6369, and CV 98-8140; (5) . or Yoon) Sun Kyu, CV 99-7226; CV 98-2243(f). With regard to CV 2243(f), the claims of plfs Ahan for the death of decedent Yun have previously been severed from the balance of plfs Ahan related to the death of Yun Sun Kyu are now designated by number 98-2243(f). The remainder of CV 98-2243 is not transferred to the District of Guam and remains in the Central District by Judge Harry L. Hupp CR: not present. (ENT 5/2/01) MD JS 6 (re: MDL 1237, Air Cash, Agana Guam, August 6, 1997) (pbap) [Entry date 05/02/01] [2:99cv13508]

5/7/01 TRANSMITTAL of documents orig file, cc docket & ord to District of Guam. (pbap) [Entry date 05/07/01]   [2 : 99cv13508]
;   [RSN EOD 05/16/2001]