| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| | TRANSCRIPT ORDER | | |

Read Instructions on Back.

| 1. NAME<br>Danial A. Nelson | 2. PHONE NUMBER<br>(303) 465-3663 | 3. DATE<br>August 19, 2005 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>9596 Jeffco Airport Avenue | 5. CITY<br>Broomfield | 6. STATE<br>CO | 7. ZIP CODE<br>80021 |
| 8. CASE NUMBER<br>99-00086 & 99-00067 | 9. JUDICIAL OFFICIAL<br>Ronald S.W. Lew | DATES OF PROCEEDINGS | |
| | | 10. FROM 8-4-1999 | 11. TO 7-20-2005 |
| 12. CASE NAME<br>Han, et al. v. USA, et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Hagatna | 14. STATE Guam |

15. ORDER FOR
- [X] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
See attached

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [X] VOIR DIRE | | [X] TESTIMONY (Specify Witness)<br>See attached | |
| [X] OPENING STATEMENT (Plaintiff) | | | |
| [X] OPENING STATEMENT (Defendant) | | | |
| [X] CLOSING ARGUMENT (Plaintiff) | | [X] PRE-TRIAL PROCEEDING (Spcy)<br>See attached | |
| [X] CLOSING ARGUMENT (Defendant) | | | |
| [X] OPINION OF COURT | | | |
| [X] JURY INSTRUCTIONS | | [X] OTHER (Specify)<br>See attached | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

**FILED**
DISTRICT COURT OF GUAM
AUG 19 2005
MARY L.M. MORAN
CLERK OF COURT

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE
Biermann for Danial A. Nelson

19. DATE
August 19, 2005

ESTIMATE TOTAL

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

ORDER RECEIVED  DATE 8/19/05  BY wm

DEPOSIT PAID | DEPOSIT PAID
TRANSCRIPT ORDERED | TOTAL CHARGES
TRANSCRIPT RECEIVED | LESS DEPOSIT
ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED
PARTY RECEIVED TRANSCRIPT | TOTAL DUE

(Previous editions of this form may still be used)   ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY

## Transcripts Requested

March 28, 2000: 20 Minutes -- Denying Motion to Transfer

August 28, 2000: 20 Minutes -- Denying Motion to Transfer

March 28, 2001: 24 Minutes -- Pretrial Conference

April 5, 2001: 27 Minutes -- Pretrial Conference

April 6, 2001: 26 Minutes -- Correction to Pretrial Conference Minute Order

April 18, 2001: Pretrial Conference

April 23, 2001: 32 Minutes -- Transferring Five Cases to USDC Guam

May 2, 2001: 32 Minutes -- Transfer of Cases to USDC Guam

October 10, 2001: Status Conference

November 14, 2002: Status Conference

February 4, 2003: Status Conference

March 26, 2003: Pretrial Conference

March 28, 2003: Final Pretrial Conference

April 3, 2003: Pretrial Conference

April 4, 2003: Order Regarding Defendant's Motion in Limine to Excluded Lost Profits

April 7, 2003: Pretrial Conference

April 8, 2003: Pretrial Conference

April 9, 2003: Continued Final Pretrial Conference

July 16, 2003: Hearing on outstanding motions and motions in limine

July 17, 2003: Amended Motion to Excluded Testimony on Replacement Value Damages and Preliminary Pretrial Conference

October 3, 2003: Hearing on Plaintiffs' Motion for Leave to Endorse an Expert Witness

February 5, 2004: Pretrial Conference

February 6, 2004: Preliminary Pretrial Conference

February 12, 2004: Status Conference

April 7, 2004: Order regarding Plaintiffs' Motion for Leave to Endorse an Expert Witness

September 2, 2004: Status Hearing

February 14, 2005: Order denying Plaintiff's Motion for Relief from Orders

February 28, 2005: Chambers Status Conference

March 11, 2005: Order Denying Plaintiff's Motion for Relief from Orders

April 18, 2005: Status Conference

April 19-25, 2005: Jury Trial