| | |
|---|---|
| 1<br>2<br>3 | SCHADEN, KATZMAN, LAMPERT & McCLUNE<br>9596 Jeffco Airport Avenue<br>Broomfield, Colorado 80021-2731<br>Telephone: (303) 465-3663 |
| 4<br>5<br>6 | BERMAN O'CONNOR MANN & SHKLOV<br>Suite 503, Bank of Guam Bldg.<br>111 Chalan Santo Papa<br>Hagåtña, Guam 96910<br>Telephone No.: (671) 477-2778 |
| 7<br>8<br>9 | LAW OFFICES OF CESAR C. CABOT<br>BankPacific Building, 2nd Floor<br>825 South Marine Corps Drive<br>Tamuning, Guam 96913<br>Telephone: (671) 646-2001 |

**FILED**
**DISTRICT COURT OF GUAM**
**AUG 19 2005**
**MARY L.M. MORAN**
**CLERK OF COURT**

## UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| In Re: AIRCRASH AT AGANA, GUAM ON AUGUST 6, 1997 | M.D.L. No. 1237 HLH |
| EDWARD HAN, Esq., as Personal Representative of the Estate of SONG, BYUNG WON, | Civil Case No. 99-00067 |
| Plaintiffs,<br>vs. | THIS DOCUMENT RELATES TO: |
| UNITED STATES OF AMERICA, et al., | Formerly U.S.D.C. C.D. CA.<br>Case No. CV-99-13508-HLH (RCx) |
| Defendants. | |
| EDWARD HAN, ESQ., as Personal Representative of the Estate of LEE, SUNG CHUL, | Civil Case No. 99-00086<br><br>THIS DOCUMENT RELATES TO: |
| Plaintiffs,<br>vs. | Formerly U.S.D.C. C.D. CA.<br>Case No. CV-99-13527-HLH (RCx) |
| UNITED STATES OF AMERICA, et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

E:\Christine\BRM\Edward Han\Certificate of Service.doc

Case 1:99-cv-00067    Document 324    Filed 08/19/2005    Page 1 of 2

| | |
|---|---|
| 1 | This is to certify that on August 19, 2005, a true and correct copy of the Plaintiffs' |
| 2 | Designation of Applicable Docket Entries was placed in the United States Mail, first class |
| 3 | postage prepaid, to the following: |

Debra D. Fowler, Esq.
Barry Benson, Esq.
Kathryn Smith, Esq.
U.S. Department of Justice
Torts Branch, Civil Division
Post Office Box 14271
Washington, D.C. 20044-4271

And via hand-delivery to:

Mikel Schwab, Esq.
Assistant U.S. Attorney
Suite 501, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910

DATED this 19th day of August, 2005.

*/s/ Bill R. Mann*
BILL R. MANN