SCHADEN, KATZMAN, LAMPERT & MCCLUNE
9596 Jeffco Airport Avenue
Broomfield, Colorado 80021-2555
Telephone: (303) 465-3663

BILL R. MANN
BERMAN O' CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778
Facsimile: (671) 477-4366

FILED
DISTRICT COURT OF GUAM
FEB - 9 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# TERRITORY OF GUAM

| | |
|---|---|
| In Re: AIR CRASH AT AGANA, GUAM ON AUGUST 6, 1997 | M.D.L. No. 1237 HLH |
| EDWARD HAN, ESQ., as personal representative of the Estate of SONG, BYUNG WON, et al.<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | CIVIL CASE NO.: CV 99-00067<br><br>THIS DOCUMENT RELATES TO:<br><br>Formerly U.S.D.C. C.D. CA Case No. CV-99-13508-HLH (RCx) |
| EDWARD HAN, ESQ., as personal representative of the Estate of LEE, SUNG CHUL, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | CIVIL CASE NO.: CV 99-00086<br><br>THIS DOCUMENT RELATES TO:<br><br>Formerly U.S. D.C. C.D. CA Case No. CV-99-13527-HLH (RCx)<br><br>**SATISFACTION OF JUDGMENT** |

NOW COME the Plaintiffs, by and through undersigned counsel, and hereby acknowledge that

E:\Jean\Plds\3285.wpd

**ORIGINAL**

| | |
|---|---|
| In Re: AIR CRASH AT AGANA, GUAM | CIVIL CASE NO.: CV 99-00067 |
| SATISFACTION OF JUDGMENT | PAGE 2 |

the judgment entered by this Court on June 22, 2005, has been satisfied.

Dated this 9Th day of February, 2006.

SCHADEN, KATZMAN, LAMPERT & MCCLUNE
BERMAN O'CONNOR MANN & SHKLOV

By: *Bill R Mann*
BILL R. MANN

E:\Jean\Plds\3285.wpd