UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
FEB 15 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EDWARD C. HAN, Personal Representative of the Estate of SUNG CHUL LEE, deceased; HEE TAE KIM, beneficiary & heir of SUNG CHUL LEE, <br><br> Plaintiffs - Appellants, <br><br> KOREAN AIR LINES CO., LTD., <br><br> Counter-claimant - Appellee, <br> v. <br><br> UNITED STATES OF AMERICA; et al., <br><br> Defendants - Appellees. | No. 05-16443 <br><br> D.C. No. CV-99-00086-RSWL District of Guam, Agana <br><br> ORDER |

FILED
DISTRICT COURT OF GUAM
FEB 21 2006
MARY L.M. MORAN
CLERK OF COURT

Appellants' motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

Margaret A. Corrigan
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 15 2006

by: _____
Deputy Clerk