# DISTRICT COURT OF GUAM
**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| In Re: AIR CRASH AT AGAINA, GUAM ON AUGUST 6, 1997 | M.D.L. NO. 1237 HLH |
| HEE TAE KIM, as personal representative of the Estate of BYUNG WON SONG, <br><br>Plaintiff, <br><br>vs. <br><br>SERCO MANAGEMENT SERVICES, INC., et al., <br><br>Defendants. | CIVIL CASE NO. 99-00067 |
| HEE TAE KIM, as personal representative of the Estate of SUNG CHUL LEE, <br><br>Plaintiff, <br><br>vs. <br><br>SERCO MANAGEMENT SERVICES, INC., et al., <br><br>Defendants. | CIVIL CASE NO. 99-00086 <br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Mandate from the United States Court of Appeals for the Ninth Circuit filed on February 21, 2006, on the dates indicated below:

United States Attorney's Office  Berman O'Connor Mann & Shklov
February 22, 2006  February 22, 2006

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Mandate from the United States Court of Appeals for the Ninth Circuit filed on February 21, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date:   February 23, 2006  /s/ Virginia T. Kilgore
  Deputy Clerk