
**FILED**
DISTRICT COURT OF GUAM
MAY 1 0 2008
JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| In Re: AIR CRASH AT AGANA, GUAM ON AUGUST 6, 1997 | M.D.L. NO. 1237 HLH |
| EDWARD C. HAN, ESQ., as personal representative of the Estate of Byung Won Song, <br> Plaintiffs, <br> vs. <br> UNITED STATES OF AMERICA, et al., <br> Defendants. | CIVIL CASE NO. 99-00067 <br><br> RECEIPT OF EXHIBITS |
| EDWARD C. HAN, ESQ., as personal representative of the Estate of Sung Chol Lee, <br> Plaintiffs, <br> vs. <br> UNITED STATES OF AMERICA, et al., <br> Defendants. | CIVIL CASE NO. 99-00086 |

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[ ] Government's          [ X ] Defendant's          [ ] Joint

| EXHIBIT NO. | DESCRIPTION |
|---|---|

SEE ATTACHED DEFENDANT'S REVISED
EXHIBIT LIST and JOINT EXHIBIT LIST

_____
Signature

EVANGELYN PHELPS
Name

5-19-08
Date

UNITED STATES ATTORNEYS OFFICE
Office/Firm Receiving Exhibits



PETER D. KEISLER
Assistant Attorney General
LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant United States Attorney
DEBRA FOWLER
Senior Aviation Counsel
BARRY F. BENSON
KATHRYN L. SMITH
Trial Attorneys
UNITED STATES DEPARTMENT OF JUSTICE
Torts Branch, Civil Division
Post Office Box 14271
Washington, DC 20044-4271
Telephone: (202) 616-4025
Attorneys for Defendants:
*The United States of America & Serco*

**FILED**

DISTRICT COURT OF GUAM

MAR 3 0 2005

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| In Re: AIR CRASH AT AGANA, GUAM ON AUGUST 6, 1997 | M.D.L. NO. 1237 HLH |
| EDWARD HAN ESQ., as personal representative of the Estate of Byung Won Song, | CIVIL CASE NO.: CV 99-00067 |
| Plaintiffs, | |
| vs. | THIS DOCUMENT RELATES TO: |
| UNITED STATES OF AMERICA, et al., | Formerly U.S.D.C. C.D. CA Case NO. CV-99-13508-HLH (RCx) |
| Defendants. | |
| EDWARD HAN ESQ., as personal representative of the Estate of Sung Chol Lee, | CIVIL CASE NO.: CV 99-00086 |
| Plaintiffs, | THIS DOCUMENT RELATES TO: |
| vs. | Formerly U.S. D.C. C.D. CA Case No. CV-99-13527-HLH (RCx) |
| UNITED STATES OF AMERICA, et al., Defendants. | **DEFENDANTS' REVISED EXHIBIT LIST** |

Pursuant to the Court's Order, dated September 3, 2004, and the Local Rules of Practice for the District Court of Guam, the United States and Serco (Defendants),

through undersigned counsel, submit the following list of exhibits that may be used at trial.

| Exhibit Number | Description | Identified | Admitted |
|---|---|---|---|
| A. | Table: Summary of Mr. Lee's Economic Loss based on Income Tax Returns | | |
| B. | Table: Actuarial Data | 4-21-05 | |
| C. | Table: Lost Earnings using the Hoffman and Leibnitz Paradigms based on Income Tax Returns | | |
| D. | Table: Calculation of Mr. Lee's Work Life Expectancy | 4-21-05 | |
| E. | Korea Life Tables (English and Korean) | | |
| F. | Chart: Comparison of GDP per Capita for South Korea and the United States | | |
| G. | Chart: Comparison of 1997 Average Annual Earnings for Production Workers in the Manufacturing Sector, South Korea and the United States | | |
| H. | Earned Income Withholding Tax, 1993-1997, Mr. Lee (English and Korean) | 4-21-05 | 4-21-05 |
| I. | Summary of Mr. Lee's Global Income Tax Report, 1993-1996 (English and Korean) | 4-21-05 | 4-21-05 |
| J. | Chart: Mr. Lee's Losses as Reported in his Korean Tax Returns, 1993-1996 | | |
| K. | Table: Calculation of Monthly Wages for Mr. Lee | 4-21-05 | |
| L. | Fringe Benefits - Severance, Korean Labor Standard Act (January 8, 2001), Articles 2, 10 & 34 (English and Korean) | | |
| M. | Fringe Benefits - Pension, Korean National Pension Law (December 23, 2000), Articles 6, 75 & 76 (English and Korean) | | |
| N. | Fringe Benefits - Health Insurance, Social Security Programs Around the World - 1999, South Korea, U.S. Social Security Administration | | |
| O. | Hoffman and Leibnitz's Paradigms Explained | | |
| P. | Table: Illustration of How to Find the Hoffman and |  |  |

|   |     |                                                                                      | Identified | Admitted |
|---|-----|--------------------------------------------------------------------------------------|-----------|----------|
| 1 |     | Leibnitz Factors based on a Worklife Expectancy of 38 Months                         |           |          |
| 2 | Q.  | Table: Hoffman and Leibnitz Paradigm Tables (Korean) (pages 2 - 19)                  | 4-21-05   | 4-21-05  |
| 3 | R.  | Graph: Won/U.S. Dollar Exchange Rate from 1981 to the Present (page 3 only)          | 4-21-05   | 4-21-05  |
| 4 | S.  | Jeil Building Balance Sheets (English and Korean)                                    |           |          |
| 5 | T.  | Jeil Building Income Statements (English and Korean)                                 |           |          |
| 6 | U.  | Jeil Mutual Savings & Trust Financial Statements (English and Korean)                |           |          |
| 7 | V.  | Jeil Industrial Development Financial Statements (English and Korean)                |           |          |
| 8 | X.  | Table: Economic Loss to Mr. Lee based on Korean Tax Returns                          | 4-21-05   |          |
| 9 | Y.  | Declaration of Attorney Chang Joon Kim                                               |           |          |
|   | Z.  | Declaration of Professor Sang Myon Rhee                                              |           |          |
|   | AA. | Declaration of Attorney Won Mo Ahn,                                                  |           |          |
|   | BB. | Declaration of Judge Jun In Lee                                                      |           |          |
|   | CC. | Declaration of Judge Jae Hwan Kah                                                    |           |          |
|   | DD. | Selected Excerpts from Damages Compensation Litigation 2000                          |           |          |
|   | EE. | Authorities Explaining Hoffman and Liebnitz Paradigms                                |           |          |
|   | FF. | Korean Domestic Construction Orders from the *Monthly Bulletin*, Bank of Korea, July 2000 |       |          |
|   | GG. | Korean Principal Interest Rates on Loans and Discounts from the *Monthly Bulletin*, Bank of Korea, July 2000 | | |
|   | HH. | Prof. Yoon-Shik Park, *The Asian Financial Crisis and Its Effects on Korean Banks*, Joint U.S.-Korean Academic Studies, Vol. 10, 2000 | | |
|   | II. | Korean Banking Data from the *Monthly Bulletin*, Bank of Korea, July 2000            |           |          |
|   | JJ. | Expert Report on of Yoon Shik Park, Ph.D.                                            |           |          |
|   | KK. | CV of Professor Yoon Shik Park                                                       |           |          |

LL. Expert Report of Jerald Udinsky, Ph.D.

MM. CV of Jerald Udinsky, Ph.D.

NN. All exhibits listed on the Plaintiffs' Exhibit List, not otherwise the subject of objection by the United States

OO. All exhibits to depositions taken in this case, not otherwise the subject of an objection by the United States

PP. Korea Chamber of Commerce Press Release

Dated: March 30, 2005

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    LEONARDO M. RAPADAS
    United States Attorney

    MIKEL W. SCHWAB
    Assistant United States Attorney

    _____ for
    DEBRA D. FOWLER
    Senior Aviation Counsel
    BARRY F. BENSON
    KATHRYN L. SMITH
    Trial Attorneys
    Civil Division, Torts Branch
    U.S. Department of Justice
    Post Office Box 14271
    Washington, DC 20044-4271
    Telephone: (202) 616-4040
    Fax: (202) 616-4159

## CERTIFICATION

I certify that copies of the forgoing were sent via First Class Mail and personal service to the On-Island Counsel, on this 30TH day of March, 2005, to the following attorneys of record:

**OFF-ISLAND COUNSEL:**

David Katzman
Bruce Lampert
Schaden, Katzman Lampert & McClune
100 West Big Beaver, Suite 130
Troy, Michigan 48084
Ph: (303) 465-3663
Fax: (303) 465-3884

**ON-ISLAND COUNSEL:**

Bill Mann, Esq.
BERMAN, O'CONNOR, MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910
Ph: (671) 477-2778
Fax: (671) 477-4366

_____
U.S. Department of Justice

BRUCE LAMPERT
DAVID KATZMAN
Schaden, Katzman, Lampert & McClune
11870 Airport Way
Broomfield, CO 80021
Telephone: (303) 465-3663
Facsimile: (303) 465-3884

BILL MANN
Berman, O'Connor, Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagatna, Guam 96910
Ph: (671) 477-2778
Fax: (671) 477-4366

Attorneys for Plaintiffs

PETER D. KEISLER
Assistant Attorney General
LEONARDO RAPADAS
United States Attorney
MIKEL SCHWAB
Assistant United States Attorney
DEBRA FOWLER
Senior Aviation Counsel
BARRY F. BENSON
KATHRYN L. SMITH
Trial Attorneys
UNITED STATES DEPARTMENT OF JUSTICE
Torts Branch, Civil Division
Post Office Box 14271
Washington, DC 20044-4271
Telephone: (202) 616-4025

Attorneys for Defendants

FILED
DISTRICT COURT OF GUAM
MAR 29 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
TERRITORY OF GUAM

| | |
|---|---|
| In Re: AIR CRASH AT AGANA, GUAM ON AUGUST 6, 1997 | M.D.L. NO. 1237 HLH |
| EDWARD HAN ESQ., as personal representative of the Estate of Byung Won Song, Plaintiffs, vs. The United States of America, et al, Defendants. | CIVIL CASE NO.: CV 99-00067 THIS DOCUMENT RELATES TO: Formerly U.S.D.C. C.D. CA Case NO. CV-99-13508-HLH (RCx) |
| EDWARD HAN ESQ., as personal | CIVIL CASE NO.: CV 99-00086 |



| | | | |
|---|---|---|---|
| representative of the Estate of Sung Chol Lee, | ) ) | THIS DOCUMENT RELATES TO: Formerly U.S. D.C. C.D. CA | |
| Plaintiffs, | ) ) | Case No. CV-99-13527-HLH (RCx) | |
| vs. UNITED STATES OF AMERICA, et al. Defendants. | ) ) ) ) ) | **JOINT EXHIBITS** | |

Pursuant to the Court's Order, dated September 3, 2004, and the Local Rules of Practice for the District Court of Guam, the Parties submit the following list of joint exhibits that may be used a trial.

| Joint Exhibit Number | Description | Identified | Admitted |
|---|---|---|---|
| 1. | Korea Life Tables (English and Korean) | 4-21-05 | 4-21-05 |
| 2. | Jeil Building Balance Sheets (English and Korean) | | |
| 3. | Jeil Building Income Statements (English and Korean) | | |
| 4. | Jeil Mutual Savings & Trust Financial Statements (English and Korean) | | |
| 5. | Jeil Industrial Development Financial Statements (English and Korean) | | |

The Parties reserve objections to these Joint Exhibits and will serve objections thereto in accordance with the Court's September 3, 2004, Minute Order.

Dated: March 29, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

LEONARDO RAPADAS
United States Attorney

|     |                                                              |
| --- | ------------------------------------------------------------ |
| 1   |                                                              |
| 2   | MIKEL SCHWAB<br>Assistant United States Attorney             |
| 3   |                                                              |
| 4   | DEBRA D. FOWLER<br>Senior Aviation Counsel                   |
| 5   | BARRY F. BENSON<br>KATHRYN L. SMITH                          |
| 6   | Trial Attorneys<br>Civil Division, Torts Branch              |
| 7   | U.S. Department of Justice<br>Post Office Box 14271          |
| 8   | Washington, DC 20044-4271<br>Telephone: (202) 616-4040       |
| 9   | Fax: (202) 616-4159                                          |
| 10  | Attorneys for Defendants                                     |
| 11  |                                                              |
| 12  |                                                              |
| 13  | BRUCE LAMPERT                                                |
| 14  | DAVID KATZMAN<br>Schaden, Katzman, Lampert & McClune         |
| 15  | <and>                                                        |
| 16  | BILL MANN                                                    |
| 17  | Berman, O'Connor, Mann & Shklov                              |
| 18  | Attorneys for Plaintiffs                                     |