

# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| In Re: AIR CRASH AT AGANA, GUAM ON AUGUST 6, 1997 | M.D.L. NO. 1237 HLH |
| EDWARD C. HAN, ESQ., as personal representative of the Estate of Byung Won Song,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>  Defendants. | CIVIL CASE NO. 99-00067<br><br><br><br>RECEIPT OF EXHIBITS |
| EDWARD C. HAN, ESQ., as personal representative of the Estate of Sung Chol Lee,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>  Defendants. | CIVIL CASE NO. 99-00086 |

    I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[ X ]   Plaintiff's      [ ]   Defendant's      [ ]   Joint

| EXHIBIT NO. | DESCRIPTION |
|---|---|

SEE ATTACHED PLAINTIFF'S EXHIBIT LIST

_____
Signature

Thomas Anderson
Name

5/29/08
Date

Berman, O'Connor & Mann
Office/Firm Receiving Exhibits

## PLAINTIFFS' EXHIBIT LIST
## EDWARD C. HAN, et al. v. UNITED STATES OF AMERICA
### Civil Case Nos. CIV99-00067 and CIV99-00086

| NO. OF EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED | |
|---|---|---|---|---|
| 1 | Jeil Mutual Savings & Trust Financial ("JMST") Balance Sheets, Income Statements, and Stockholder Register from 1992 to 1999. | | | |
| 2 | Jeil Industrial Development Corp. ("JIDC") Balance Sheets for 1993 and 1994 and Income Statement and Loans and Interest Earned from Lee for 1994. | | | |
| 3 | JIDC Balance Sheets, Income Statements, and Loans and Interest Earned from Lee from 1995 through 1998. | | | |
| 4 | Organizational Chart for Jeil Group. | 4.19.05 | 4.19.05 - | page 1 only |
| 5 | Earned Income Withholding Tax Receipts. | | | |
| 6 | Jeil Building and Personal Business Balance Sheet. | | | |
| 7 | Jeil Building and Personal Business Income Statement. | | | |
| 8 | Global Income Tax Report 1993. | | | |
| 9 | Global Income Tax Report 1994. | | | |
| 10 | Global Income Tax Report 1995. | | | |
| 11 | Global Income Tax Report 1996. | | | |
| 12 | Inheritance Tax Report and Voluntary Payment Report. | 4.20.05 | 4-20-05 | |
| 13 | Inheritance Tax Report Transmitted by the National Tax Office. | 4.20.05 | 4-20-05 | |
| 14 | Mineral Water Loading Plan. | | | |
| 15 | Service Contract from Korea Land. | | | |

| NO. OF EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 16 | Specific Profitability of the Multi-purpose Building. | | |
| 17 | Seosan Silver Town Design Plan for a Buddhist Organization. | | |
| 18 | Value Added Tax Documents of and Address of Jeil Businesses on the Tax Documents. | | |
| 19 | Summary of Employees in Jeil Group. | | |
| 20 | Jeil Building Leasing Activities. | | |
| 21 | Korea Life Expectancy Table. | | |
| 22 | Family Photographs. | | |
| 23 | Blueprints of Building Plans for Multi-purpose Building. | | |
| 24 | Wooil Construction Office Review Report Jeil Industrial Development Land Utilization March 1994. | | |
| 25 | Ju-an Dong Ju-sang Multipurpose Building construction proposal (B-Dong) 1994.6. | | |
| 26 | Ju-an Ding Ju-sang Multipurpose Building Construction Proposal (A-Dong) 1994.6. | | |
| 27 | Consulting engagement in 1994. | | |
| 28 | Jeil Industrial Development Inc. Research Service Proposal of Inchon Ju-Ahn Dong Land Development Feasibility and Project Analysis October 1995, Ernst & Young. | | |
| 29 | Western Landmark Business Plan Proposal. | | |
| 30 | Inchon Ju-an Dong-bu Area Development Plan Research (Study Plan Report). | | |
| 31 | Business Proposal October 1995 Han Kook Real Estate & Trust Fund Company. | | |

| NO. OF EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 32 | Inchon Ju-Ahn Dong Jeil Multipurpose Construction Business Plan. | | |
| 33 | Proposal for Inchon Ju-an Dong Project Plan with Blueprints from Do-Eul Construction. | | |
| 34 | Suh-san Jin-bul Senior Home Details in Business Plan. | | |
| 35 | Silvertown Consulting Contract 1994. | | |
| 36 | Seosan Jin-Bul Home Construction Plan March 1999. | | |
| 37 | Inheritance Taxable Basis Report and Voluntary Payment Calculation Report | | |
| 38 | Inheritance Tax Standard and Tax Calculations Statement Report. | | |